# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-36793 AJC  
**Case Name:** ZAI CARGO, INC.  
**Period Ending:** 06/30/13  

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 11/06/12 (f)  
**§341(a) Meeting Date:** 01/09/13  
**Claims Bar Date:** 03/12/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  WELLS FARGO CHECKING A/N 7688 | 2,512.40 | 2,512.40 |  | 2,181.78 | FA |
| 2  BOA CHECKING A/N 5685 | 0.00 | 0.00 |  | 0.00 | FA |
| 3  BOA CHECKING A/N 5630 | 0.00 | 0.00 |  | 0.00 | FA |
| 4  BOA CHECKING A/N 9612 | 7,452.56 | 7,561.15 |  | 7,561.15 | FA |
| 5  BOA CHECKING A/N 5627 | 2,100.16 | 2,100.16 |  | 2,100.16 | FA |
| 6  2009 TOYOTA COROLLA | 11,000.00 | 11,000.00 |  | 7,750.00 | FA |
| 7  2009 FORD E250 VAN<br>   Notice of Abandonment on file with the court ECF 47<br>   Stay relief court ordered ECF 41 | Unknown | 0.00 | OA | 0.00 | FA |
| 8  2010 FORD ESCAPE<br>   Notice of Abandonment on file with the court ECF 47<br>   Stay relief court ordered ECF 28 | Unknown | 0.00 | OA | 0.00 | FA |
| 9  2007 ISUZU BOX TRUCK<br>   Notice of Abandonment on file with the court ECF 47 | Unknown | 0.00 | OA | 0.00 | FA |
| 10  2008 SPRINTER VAN<br>   Notice of Abandonment on file with the court ECF 47<br>   Stay relief court ordered ECF 29 | Unknown | 0.00 | OA | 0.00 | FA |
| 11  2010 SPRINTER VAN<br>   Notice of Abandonment on file with the court ECF 47<br>   Stay relief court ordered ECF 29 | Unknown | 0.00 | OA | 0.00 | FA |
| 12  2008 MITSUBISHI XR267C<br>   Notice of Abandonment on file with the court ECF 47 | Unknown | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-36793 AJC
**Case Name:** ZAI CARGO, INC.

**Period Ending:** 06/30/13

**Trustee:** (290830)   Barry E. Mukamal
**Filed (f) or Converted (c):** 11/06/12 (f)
**§341(a) Meeting Date:** 01/09/13
**Claims Bar Date:** 03/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Stay relief court ordered ECF 29 |  |  |  |  |  |
| 13 | 2009 DODGE FREIGHTLINER<br>    Notice of Abandonment on file with the court ECF 47<br>ECF 30 | Unknown | 0.00 | OA | 0.00 | FA |
| 14 | 2009 DODGE FREIGHTLINER<br>    Notice of Abandonment on file with the court ECF 47<br>ECF 24 | Unknown | 0.00 | OA | 0.00 | FA |
| 15 | CARGO VAN<br>    Stay relief court ordered ECF 41. Notice of<br>Abandonment on file with the court ECF 47 | Unknown | 0.00 | OA | 0.00 | FA |
| 16 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>    Notice of Abandonment on file with the court ECF 47 | Unknown | 0.00 | OA | 0.00 | FA |
| 17 | TEXAS COMPTROLLER  (u) | 2,828.34 | 2,828.34 |  | 2,828.34 | FA |
| 18 | NORTH CAROLINA DEPT. OF REVENEU  (u) | 36.10 | 36.10 |  | 36.10 | FA |
| 18 | **Assets**     Totals  (Excluding unknown values) | **$25,929.56** | **$26,038.15** |  | **$22,457.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has recovered the value of the scheduled vehicle equal to $7,500.00, ECF 38.  The Trustee is reviewing the books and records of the business for preferences and fraudulent transfers.

11/20/12 - Court order granting employment of Trustee's accountant, Barry E. Mukamal CPA
01/11/13 - Court order granting employment of Trustee's auctioneer, Harry Stampler of Stampler Auctions

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 12-36793 AJC | Trustee: | (290830) Barry E. Mukamal |
| --- | --- | --- | --- |
| Case Name: | ZAI CARGO, INC. | Filed (f) or Converted (c): | 11/06/12 (f) |
| | | §341(a) Meeting Date: | 01/09/13 |
| Period Ending: | 06/30/13 | Claims Bar Date: | 03/12/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** June 30, 2015        **Current Projected Date Of Final Report (TFR):** June 30, 2015

_____ August 13, 2013
Date

/s/ Barry E. Mukamal
_____
Barry E. Mukamal

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-36793 AJC  
**Case Name:** ZAI CARGO, INC.  
**Taxpayer ID #:** **-***7474  
**Period Ending:** 06/30/13  

**Trustee:** Barry E. Mukamal (290830)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****472966 - Checking Account  
**Blanket Bond:** $1,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,646.43 | | 14,646.43 |
| 12/26/12 | {18} | North Carolina Department of Revenue | Franchise tax refund | 1229-000 | 36.10 | | 14,682.53 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.61 | 14,662.92 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.19 | 14,639.73 |
| 02/14/13 | {6} | Auctions on Wheels Inc | Auction proceeds, Notice of Sale ECF 34 | 1129-000 | 7,750.00 | | 22,389.73 |
| 02/20/13 | 10101 | Stampler Auctions | Auctioneer expenses, court ordered 01/11/13 | 3620-000 | | 250.00 | 22,139.73 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.45 | 22,115.28 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.74 | 22,084.54 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.88 | 22,050.66 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.77 | 22,017.89 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.55 | 21,988.34 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 22,432.53 | 444.19 | $21,988.34 |
| Less: Bank Transfers | 14,646.43 | 0.00 | |
| **Subtotal** | 7,786.10 | 444.19 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,786.10** | **$444.19** | |

{} Asset reference(s)        Printed: 08/13/2013 08:08 AM    V.13.13

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-36793 AJC | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ZAI CARGO, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******69-66 - Checking Account |
| Taxpayer ID #: | **-***7474 | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 06/30/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/16/12 | {17} | Texas Comptroller of Public Accounts | Refund | | 1229-000 | 2,828.34 | | 2,828.34 |
| 11/16/12 | | Zai Cargo Inc | Turnover bank account | | | 9,661.31 | | 12,489.65 |
| | {4} | | Allocation Asset #4 | 7,561.15 | 1129-000 | | | 12,489.65 |
| | {5} | | Allocation Asset #5 | 2,100.16 | 1129-000 | | | 12,489.65 |
| 11/28/12 | {1} | Wells Fargo | Turnover bank account | | 1129-000 | 2,181.78 | | 14,671.43 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 14,646.43 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029083088 20121220 | | 9999-000 | | 14,646.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 14,671.43 | 14,671.43 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 14,646.43 | |
| | | | **Subtotal** | | | 14,671.43 | 25.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$14,671.43** | **$25.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-36793 AJC | Trustee: | Barry E. Mukamal (290830) |
| --- | --- | --- | --- |
| Case Name: | ZAI CARGO, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******69-66 - Checking Account |
| Taxpayer ID #: | **-***7474 | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 06/30/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

```
Net Receipts :        22,457.53
                     _____
Net Estate :          $22,457.53
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ****472966 | 7,786.10 | 444.19 | 21,988.34 |
| Checking # 9200-******69-66 | 14,671.43 | 25.00 | 0.00 |
| | $22,457.53 | $469.19 | $21,988.34 |